No. 1146, Misc. EARLY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1165, Misc. ORTIZ v. NEW YORK. Ct. App. N. Y. Certiorari denied. *William E. Hellerstein* for petitioner. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.

No. 1167, Misc. DUKE v. WINGO, WARDEN. C. A. 6th Cir. Certiorari denied. *Jerold S. Solovy* for petitioner.

No. 1180, Misc. BULLOCK v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1184, Misc. JOHNSON v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1208, Misc. JAMERSON v. DELHEY ET AL. C. A. 6th Cir. Certiorari denied. *Thomas F. Shea* for respondents Delhey et al.

No. 1229, Misc. YOUNG v. UNITED STATES BUREAU OF PRISONS ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1248, Misc. FRAZIER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1301, Misc. GROSS ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *A. E. Sheridan* for petitioners. *Solicitor General Griswold* for the United States.